IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>vs.<br><br>DAVE MICKEL,<br><br>        Defendant. | CIVIL ACTION No. 1:06-CV-00582-KAJ |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S COUNTERCLAIM**

Plaintiffs move this Court for a thirty day extension of time to file an answer or motion to dismiss to Defendant's counterclaim. Plaintiffs are currently investigating Defendant's claim that he was not responsible for the alleged copyright infringement. Plaintiffs intend to file a motion to dismiss this counterclaim but would like an additional 30 days to conduct their investigation, prior to doing so, in order to save the Court and the parties the time and expense of briefing and entertaining such a motion, while their investigation is underway. This brief extension will not result in any prejudice to any party and will not materially delay this case, which was just answered on October 26, 2006. Defendant consents to this brief extension.

WHEREFORE, Plaintiffs respectfully request a 30-day extension of time, through January 15, 2007, to file an answer or motion to dismiss Defendant's counterclaim.

DATED: _____    /s/ Robert S. Goldman
Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle Co.)
Telephone: 302-655-4200
Telecopier: 302-655-4210

Attorneys for Plaintiffs MAVERICK RECORDING COMPANY; WARNER BROS. RECORDS INC.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and ARISTA RECORDS LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>vs.<br><br>DAVE MICKEL,<br><br>        Defendant. | CIVIL ACTION No. 1:06-CV-00582-KAJ |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S COUNTERCLAIM

This matter comes before the Court on Plaintiffs' Consent Motion to for Extension of Time to File Response to Defendant's Counterclaim. Having reviewed the Motion and being fully advised, the Court FINDS that good cause exists to extend the deadline for Plaintiffs to file their response to Defendant's counterclaim thirty days, through Janaury 15, 2006 and SO ORDERS.

1

| Date: _____ | BY THE COURT |
|---|---|
| | _____ |
| | UNITED STATES DISTRICT COURT JUDGE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2006 a copy of the foregoing **PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S COUNTERCLAIMS** was served upon the Defendant via United States Mail as follows:

> JOHN ANDRADE
> 116 West Water St.
> PO Box 598
> Dover, DE 19903
>
> *Attorney for Defendant*

*/s/ Robert S. Goldman*
Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806