Case 1:06-cv-00582-***   Document 11-2   Filed 01/16/2007   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVE MICKEL,<br><br>Defendant. | CIVIL ACTION No. 1:06-CV-00582-KAJ |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S COUNTERCLAIM

This matter comes before the Court on Plaintiffs' Consent Motion to for Extension of Time to File Response to Defendant's Counterclaim. Having reviewed the Motion and being fully advised, the Court FINDS that good cause exists to extend the deadline for Plaintiffs to file their response to Defendant's counterclaim thirty days, through February 15, 2006 and SO ORDERS.

| Date: 1/17/07 | BY THE COURT |
|---|---|
|  | [signature] |
|  | UNITED STATES ~~DISTRICT COURT~~ ~~JUDGE~~ Magistrate |