# PHILLIPS, GOLDMAN & SPENCE, P. A.

JOHN C PHILLIPS JR
STEPHEN W SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P HALL
JOSEPH J FARNAN III
BRIAN E FARNAN
MELISSA E CARGNINO

ATTORNEYS AT LAW
PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

March 9, 2007

*E-Filed*

The Honorable Mary Pat Thynge
United States District Court
844 King Street
Lock Box 10
Wilmington, DE  19801

> Re:    Maverick Recording Company, et al. v. Dave Mickel
>        C.A. No. 1:06-CV-00582
>        Our File:  RIAA-MIC

Dear Judge Thynge:

The Court has scheduled a Status/Scheduling Teleconference for Monday, March 12, 2007 at 3:00 p.m. Please be advised that Plaintiffs anticipate filing a Notice of Dismissal of this action upon receipt of Defendant's authorization to sign a stipulation of dismissal. I anticipate this being accomplished within the next five business days. I offer this update to Your Honor in the event the Court may wish to reschedule or cancel the scheduled teleconference. I look for to you advice.

Respectfully submitted,

ROBERT S. GOLDMAN

RSG:clb
cc:    John C. Andrade, Esquire