IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAVERICK RECORDING COMPANY, et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | C. A. No. 06-582-*** |
| DAVE MICKEL, | : : | |
| Defendant. | : | |

## **ORDER**

At Wilmington, Delaware, this **12th** day of **March, 2007.**

IT IS ORDERED that the status/scheduling teleconference with Judge Thynge scheduled for Monday, March 12, 2007 at 3:00 P.M. Eastern Time is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE