IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>vs.<br><br>DAVE MICKEL,<br><br>        Defendant. | CIVIL ACTION No. 1:06-CV-00582-KAJ |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs MAVERICK RECORDING CO., *et al.*, and Defendant Dave Mickel, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its/ own costs and fees. The parties request that the Clerk of Court now close this case.

1

| | |
|---|---|
| Dated: March 14, 2007 | /s/ Robert S. Goldman<br>Robert S. Goldman (DE Bar No. 2508)<br>Lisa C. McLaughlin (DE Bar No. 3113)<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, Delaware 19806<br>(New Castle Co.)<br>Telephone: 302-655-4200<br>Telecopier: 302-655-4210<br><br>Attorneys for Plaintiffs MAVERICK RECORDING COMPANY; WARNER BROS. RECORDS INC.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and ARISTA RECORDS LLC |
| Dated: March 14, 2007 | /s/ John Andrade<br>John Andrade (DE Bar No. 1037)<br>PARKOWSKI, GUERKE & SWAYZE, P.A.<br>116 West Water Street,<br>Dover, DE 19903<br>(302) 678-3262<br><br>Attorneys for Defendant, DAVID MICKEL |