IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, <br><br>    Plaintiffs, <br><br>vs. <br><br>DAVE MICKEL, <br><br>    Defendant. | CIVIL ACTION No. 1:06-CV-00582-KAJ |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs MAVERICK RECORDING CO., *et al.*, and Defendant Dave Mickel, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its/ own costs and fees. The parties request that the Clerk of Court now close this case.

1

Dated: March 14, 2007  /s/ Robert S. Goldman
Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle Co.)
Telephone: 302-655-4200
Telecopier: 302-655-4210

Attorneys for Plaintiffs MAVERICK
RECORDING COMPANY; WARNER
BROS. RECORDS INC.; PRIORITY
RECORDS LLC; UMG RECORDINGS,
INC.; SONY BMG MUSIC
ENTERTAINMENT; BMG MUSIC; and
ARISTA RECORDS LLC

Dated: March 14, 2007  /s/ John Andrade
John Andrade (DE Bar No. 1037)
PARKOWSKI, GUERKE & SWAYZE,
P.A.
116 West Water Street,
Dover, DE 19903
(302) 678-3262

Attorneys for Defendant, DAVID MICKEL

SO ORDERED, this __ day of _____, 20__

UNITED STATES DISTRICT JUDGE